Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

December 7, 20 05

BRUCE RIFKIN, Clerk

By H. Arent Zachary Deputy

Judge Burgess

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br> v.  <br> WILLIAM C. RODGERS and KEVIN TUBBS,  <br>  Defendants. | NO. CR05-5828FDB  <br><br> SUPERSEDING INDICTMENT |

THE GRAND JURY CHARGES THAT:

### COUNT 1
**(Malicious Destruction of a Building)**

On or about June 21, 1998, at Olympia, in the Western District of Washington, WILLIAM C. RODGERS and KEVIN TUBBS maliciously damaged and destroyed, and aided and abetted in damaging and destroying, by means of fire and explosives, a

//
//
//
//
//
//
//
//

05-CR-05828-INDI

building, the National Wildlife Research Facility, 9701 Blomberg Street SW, Olympia, Washington, which was then leased to the United States.

All in violation of Title 18, United States Code, Sections 844(f) and 2.

A TRUE BILL:

DATED: December 7, 2005

Signature of Foreperson redacted
pursuant to the policy of the
Judicial Conference of the United States.

FOREPERSON

JOHN McKAY
United States Attorney

CARL BLACKSTONE
Assistant United States Attorney

ANDREW C. FRIEDMAN
Assistant United States Attorney

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970