|   |   |   |
|---|---|---|
| | | Judge Franklin D. Burgess |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR05-5828FDB |
| Plaintiff, ) | |
| ) | |
| v. ) | REQUEST AND ORDER |
| ) | FOR DISMISSAL |
| KEVIN TUBBS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Comes now, the United States of America, by and through Jeffrey C. Sullivan, United States Attorney for the Western District of Washington, Mark N. Bartlett, First Assistant United States for said District, and Andrew C. Friedman, Assistant United States Attorney for said District, pursuant to Federal Rule of Criminal Procedure 48(a), and asks that the Court dismiss the charges brought in this case against Kevin Tubbs.

In addition to being charged in this case, Tubbs also was charged with conspiracy to commit arson and with a number of counts of arson in a related case in the District of Oregon. *United States v. Kevin Tubbs*, No. CR 06-60070-1-AA (D. Ore.). Tubbs pled guilty to charges in that case and was sentenced to 151 months' imprisonment. As part of the plea agreement in that case, the United States agreed to dismiss the charges against

///

///

REQUEST AND ORDER FOR DISMISSAL/TUBBS
(CR05-5828FDB) - 1

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

| | |
|---|---|
| 1 | Tubbs in this case. As a result, the United States hereby moves to dismiss the charges |
| 2 | against Tubbs. |
| 3 | DATED this 15th day of May, 2007. |

Respectfully submitted,

JEFFREY C. SULLIVAN
United States Attorney


s/Mark N. Bartlett
MARK N. BARTLETT
First Assistant United States Attorney


s/Andrew C. Friedman
ANDREW C. FRIEDMAN
Assistant United States Attorney

United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Telephone: (206) 553-2277
Fax: (206) 553-0755
E-mail: Andrew.Friedman@usdoj.gov
Mark.Bartlett@usdoj.gov


Leave of the Court is granted for the filing of the foregoing dismissal, and the charges against Kevin Tubbs in the Fourth Superseding Indictment are hereby DISMISSED.

DATED this _____ day of November, 2007.


_____
FRANKLIN D. BURGESS
United States District Judge

REQUEST AND ORDER FOR DISMISSAL/TUBBS
(CR05-5828FDB) - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of November, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s). I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via U. S. States First Class Mail or via facsimile.

s/Elisa G. Jimenez
ELISA G. JIMENEZ
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-4439
FAX: 206-553-0755
E-mail: Elisa.Jimenez@usdoj.gov

REQUEST AND ORDER FOR DISMISSAL/TUBBS
(CR05-5828FDB) - 3

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970